FILED

ORIGINAL

1  DAVID R. WEINSTEIN (State Bar No. 082881)
   SHARON Z. WEISS (State Bar No. 169446)
2  ARAM ORDUBEGIAN (State Bar No. 185142)         03 JUL 14 AM 9:26
   WEINSTEIN, EISEN, WEISS & ROTHSCHILD LLP
3  1925 Century Park East, Suite 1150
   Los Angeles, California 90067-2712
4  Telephone (310) 203-9393
   Facsimile (310) 203-8110
5
   Proposed General Bankruptcy and Reorganization
6  Counsel for Clothestime Stores, Inc., Debtor and
   Debtor-in-Possession
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SANTA ANA DIVISION

11
   In re                      )  Bk. No. SA 03-14555-RA
12                             )  [Chapter 11]
   CLOTHESTIME STORES, INC.,   )
13 a Delaware corporation,     )  LIST OF CREDITORS HOLDING 20
                               )  LARGEST UNSECURED CLAIMS
14         Debtor.             )
                               )
15 _____)  [NO HEARING REQUIRED]

16

17     Attached hereto as Exhibit "A" is a copy of the List of Creditors Holding 20

18 Largest Unsecured Claims for filing with the above-referenced Bankruptcy Court.

19

20 DATED: July 1C, 2003             WEINSTEIN, EISEN, WEISS
                                    & ROTHSCHILD LLP
21

22                                  By_____
                                       ARAM ORDUBEGIAN
23                                  Proposed General Bankruptcy and
                                    Reorganization Counsel for Clothestime
24                                  Stores, Inc., Debtor and debtor-in-Possession
                                    Proposed attorneys for
25

26

27

28

h:\h_c_1553.012.wpd
7/10/03 (4:18 pm)

40
MM

Case 8:03-bk-14555-ES    Doc 40-1    Filed 07/14/03    Entered 07/14/03 00:00:00    Desc
Main Document    Page 2 of 3

# DECLARATION OF SERVICE BY MAIL

I, PATRICIA ROJAS, the undersigned, hereby declare:

I am employed in the County of Los Angeles, State of California by the firm of WEINSTEIN, EISEN, WEISS & ROTHSCHILD LLP, 1925 Century Park East, Suite 1150, Los Angeles, California 90067-2712. I am over the age of 18 and not a party in the within action.

On July 10, 2003, I served the foregoing document described as LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Office of the United States Trustee
Marilyn Sorensen
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

( ) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

( x ) Via Fax, I caused the above-referenced document(s) to be transmitted to the above-named persons.

( ) Via Messenger Delivery

( ) Via Overnight Mail

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( x ) (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2003 at Los Angeles, California.

_____
PATRICIA ROJAS

h h c 1553.012 wpd
7/10/03 (1:01 pm)